UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KELA SMALL, individually, and on behalf of others similarly situated,

    Plaintiff,

-against-

HF MANAGEMENT SERVICES, LLC d/b/a Healthfirst,

    Defendant.

24-cv-3500 (ALC)

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

**PLEASE TAKE NOTICE** that Plaintiff Kela Small hereby accepts the attached Offer of Judgment served on June 3, 2024, in the above-captioned action.

Respectfully,

Dated: June 7, 2024
Jersey City, NJ

Jason T. Brown
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5297
jtb@jtblawgroup.com

Kevin J. Stoops (pro hac vice forthcoming)
Alana Karbal (pro hac vice forthcoming)
**SOMMERS SCHWARTZ, P.C.**
One Towne Square, 17th Floor
Southfield, Michigan 48076
Telephone: (248) 355-0300
kstoops@sommerspc.com
akarbal@sommerspc.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELA SMALL, individually, and on behalf of others similarly situated,<br><br>     Plaintiff,<br><br>  -against-<br><br>HF MANAGEMENT SERVICES, LLC d/b/a Healthfirst,<br><br>     Defendant. | 24-cv-3500 (ALC)<br><br>**OFFER OF JUDGMENT** |

  **WHEREAS**, Kela Small ("Plaintiff") alleges that she performed up to 93 minutes of unrecorded work every work day of her remote employment without notifying HF Management Services, LLC ("Defendant"), that Defendant owes her wages for that unrecorded work time, and that she is now entitled to those wages and other damages under the Fair Labor Standards Act and certain state laws ("the Litigation"); and

  **WHEREAS**, Defendant contends that it complied with all applicable laws, including the federal and state wage and hour laws; and

  **WHEREAS**, Defendant, without admitting any liability or wrongdoing, is prepared to allow Plaintiff to take judgment against it to avoid further cost and inconvenience of litigation;

  **NOW, THEREFORE**, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), Defendant hereby offers to allow, without admitting liability or wrongdoing, judgment to be taken against it by Plaintiff on all claims that were or could have been alleged in the Litigation in the total amount of Fifteen Thousand and 00/100th Dollars ($15,000), inclusive of Plaintiff's costs, disbursements and attorneys' fees through the date of this Offer of Judgment.

  Any judgment entered pursuant to this Offer of Judgment ("Offer") shall be in full and final satisfaction of all of Plaintiff's individual claims alleged in the Litigation. Acceptance of this

Offer will act to release and discharge Defendant from any and all claims that were or could have been asserted by Plaintiff in the Litigation. Acceptance of this Offer also will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

This Offer is made only for the purposes specified in Rule 68 and may not be construed as an admission that Defendant is liable in any way in the Litigation, that Plaintiff has experienced any damages, or that Defendant violated Plaintiff's or anyone else's rights. If Plaintiff does not accept this Offer of Judgment in writing within 14 days of service, the offer will be deemed withdrawn in accordance with Rule 68 and Plaintiff may become obligated to pay the costs incurred by Defendant after making this Offer. Evidence of this Offer is not admissible, except in a proceeding to determine costs, and this Offer shall not be filed with the Court unless it is accepted by Plaintiff within this 14-day period.

Dated: June 3, 2024
      Rye, New York

Respectfully,

/s/ *David S. Warner*
Andrew P. Marks
David S. Warner

**DORF NELSON & ZAUDERER LLP**
555 Theodore Fremd Avenue
Rye, New York 10580
Telephone: (914) 381-7600
amarks@dorflaw.com
dwarner@dorflaw.com

*Attorneys for Defendant*