Case 1:24-cv-03500-ALC   Document 11   Filed 07/08/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __7/8/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELA SMALL, individually, and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　-against-<br><br>HF MANAGEMENT SERVICES, LLC d/b/a Healthfirst,<br><br>　　　　　　　Defendant. | 24-cv-3500 (ALC)<br><br>**<u>JUDGMENT</u>** |

　　Plaintiff and Defendant, by their attorneys, having consented to entry of Judgment without trial or adjudication of any issue of fact or law herein, for settlement purposes only, and without this Judgment constituting any evidence against or an admission by Defendant with respect to any such issue,

　　**Now, therefore, it is hereby ordered, adjudged and decreed that:**

　　Judgment be entered in favor of Plaintiff and against Defendant in the amount of Fifteen Thousand and 00/100th Dollars ($15,000), inclusive of Plaintiff's costs, attorneys' fees and disbursements, as set forth in the accepted offer of judgment (ECF Dkt. No. 7).

Dated: __July 8__, 2024　　　　　　　　　　　　　　_/s/ Andrew L. Carter_